

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-18-00372-CR

Aundrea Edward **MATHIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 555225
Honorable Walden Shelton, Judge Presiding

# O R D E R

Appellant's brief was originally due July 23, 2018. This court notified appellant's counsel, Suzanne Kramer, of the deficiency by letter on July 31. *See* Tex. R. App. P. 38.8(b)(2). Thereafter, appellant requested the reporter's record of a non-evidentiary hearing, and the court ordered the brief due thirty days after the record was filed. The record was filed September 6, 2018, making appellant's brief due October 8, 2018. Appellant's brief has not been filed.

We **order** Suzanne Kramer to file appellant's brief no later than **October 18,** 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court